IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| TONY DARRYL COLLIER, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 125-193 |
| SHERIFF EUGENE BRANTLEY; CAPT. DANIELS; CAPT. HARRELL; and CAPT. DANKO, | ) ) ) ) ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, the Court **DISMISSES** the case because Plaintiff fails to state a claim upon which relief may be granted and **CLOSES** this civil action.

SO ORDERED this 22nd day of January, 2026, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA