AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TONY DARRYL COLLIER, JR.,

    Plaintiff,

v.

SHERIFF EUGENE BRANTLEY;
CAPT. DANIELS; CAPT. HARRELL; and
CAPT. DANKO,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 125-193

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered January 22, 2026 adopting the Magistrate Judge's Report and Recommendation as the Court's opinion, this case is dismissed because Plaintiff fails to state a claim upon which relief may be granted.   This case stands closed.

1/22/2026
Date



John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020